

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00109-CV

**JIMMY JOSEPH NEWELL,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2017-1307-C2

## ORDER ON REHEARING

We dismissed Jimmy Joseph Newell's appeal. *See Newell v. State*, No. 10-18-00109-CR, 2018 Tex. App. LEXIS 2421 (Tex. App.—Waco April 4, 2018, no pet. h.). Newell filed a motion for rehearing, and the State filed a response.

After reviewing the motion for rehearing and the response, we grant Newell's motion for rehearing, withdraw our opinion and judgment issued April 4, 2018, reinstate this appeal, and change the case designation from CR to CV. *See Harrell v. State*, 286 S.W.3d 315, 321 (Tex. 2009); *Johnson v. Tenth Judicial Dist. Court of Appeals at Waco*, 280

S.W.3d 866, 874 (Tex. Crim. App. 2008); *Ramirez v. State*, 318 S.W.3d 906, 908 (Tex. App.—

Waco 2010, no pet.).

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed June 6, 2018

